UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX VYALKOV,<br>Plaintiff,<br>v.<br>UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION (Sued as "United Guard Services of America"),<br>Defendant. | No. 2:25-cv-2478 DAD AC<br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiffs were proceeding pro se. After the complaint was dismissed with leave to amend, attorney Ashley Monique DeGuzman appeared on behalf of the only remaining plaintiff, Alex Vyalkov, and filed the First Amended Complaint. ECF No. 48 Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending before the undersigned are VACATED;

2. The Motion to Dismiss (ECF No. 49) must be re-noticed by the moving party for a hearing before the District Judge assigned to this action.

3. Going forward, the parties shall conduct pretrial matters, **other than discovery**

**motions**, before the District Judge assigned to this action. Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1).

4. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: November 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE